David Morton, in Equity, *versus* Charles E. Barrett *&c al.*

The certificate of a consul of the death of an individual abroad, is not sufficient proof of that fact.

This was a bill in equity.  A preliminary question arose as to the sufficiency of the proof establishing the death of Charles D. Morton, which was submitted to the Court.

To prove that fact the counsel for the complainant read a letter purporting to be from said Charles to his father, by mistake dated June 7, 1837, but which in fact was of the date of January 7, 1837, in which he described him as sick — that his hands and feet had been frozen — and that he was then in want, at the house of one Nolens, at No. 8, Little George street, minories, London — likewise, the certificate of the sexton of the parish, of the death and burial of Charles Morton — likewise, that of the American consul at London, from which it appeared that he had applied to and received assistance from him as a sick American sailor, and in which the time of death was stated.  His death was asserted in the bill to have taken place on the 3d Feb. 1837, and was not denied by the answer.

*F. O. J. Smith,* referred the Court to st. of U. S. 1792, c. 24, § 2, 7, 9, which prescribes the duties of consuls.  Wharton's Dig. 231.  The certificate of the register of the burial ground is sufficient.  1 Stark. Ev. 174 ; *Sawyer* v. *Baldwin,* 20 Pick.

*J. Adams,* for Barrett.  This defendant holds the property in trust, and he requires either indemnity or protection.  If indemnified, he is willing to surrender the property intrusted to him.  But the evidence adduced is not sufficient to establish the fact of death.  The American consul is not a certifying officer.  *Levy* v. *Bailey,* 2 Sum. 355 ; 1 Story's Conf. of Laws, 103.

*W. P. Preble,* for Hanson.  The death of Morton is not denied in the answer.  That states that it is so reported, but that the trustee does not know it.  Death may be proved by reputation.  The evidence offered is sufficient to establish that fact.

*Per Curiam.* The consular certificate is not evidence of the facts therein contained. The certificate of the sexton would probably be received in England. There is no proof that the person signing as a sexton, was so in fact. Reputation is evidence of death, but only so after a lapse of time. The Court have no doubt of the death of Morton, but the safest course for the trustee is that there should be further proof of that fact.